**11/13/2015**
**STATE OF TEXAS          Tr. Ct. No. 99-11-06435-CR                    AP-77,043**
I have this day received and filed the Appellee's Motion for Rehearing in the above-styled and numbered cause. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b).]

Abel Acosta, Clerk

PHILIP H. HILDER
HILDER & ASSOCIATES, P. C.
819 LOVETT BLVD.
HOUSTON, TX  77006

**11/13/2015**
**STATE OF TEXAS**          **Tr. Ct. No. 99-11-06435-CR**          **AP-77,043**
I have this day received and filed the Appellee's Motion for Rehearing in the above-styled and numbered cause. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b).]

Abel Acosta, Clerk

WILLIAM J. DELMORE III
ASSISTANT DISTRICT ATTORNEY
207 W. PHILLLIPS, SECOND FLOOR
CONROE, TX  77301
* DELIVERED VIA E-MAIL *

**11/13/2015**
**STATE OF TEXAS      Tr. Ct. No. 99-11-06435-CR           AP-77,043**
I have this day received and filed the Appellee's Motion for Rehearing in the above-styled and numbered cause. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b).]

Abel Acosta, Clerk

DISTRICT ATTORNEY  MONTGOMERY COUNTY
BRETT LIGON
207 W. PHILLIPS, SECOND FLOOR
CONROE, TX  77301
* DELIVERED VIA E-MAIL *

**11/13/2015**
**STATE OF TEXAS       Tr. Ct. No. 99-11-06435-CR                    AP-77,043**
I have this day received and filed the Appellee's Motion for Rehearing in the above-styled and numbered cause.  [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b).]

Abel Acosta, Clerk

JAMES GREGORY  RYTTING
819 LOVETT BLVD
HOUSTON, TX  77006-3905
* DELIVERED VIA E-MAIL *

**11/13/2015**
**STATE OF TEXAS**        **Tr. Ct. No. 99-11-06435-CR**        **AP-77,043**
I have this day received and filed the Appellee's Motion for Rehearing in the above-styled and numbered cause.  [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b).]

Abel Acosta, Clerk

BRYCE E.  BENJET
40 WORTH STREET SUITE 701
NEW YORK, NY  10013
* DELIVERED VIA E-MAIL *